# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE HILLYGUS FAMILY TRUST, DATED AUGUST 17, 1993. | No. 75150 |

ROGER HILLYGUS,

               Appellant,

vs.

KAYCEE ZUSMAN; AND ROBIN RENAE RENWICK,

               Respondents.

IN THE MATTER OF THE GUARDIANSHIP OF THE PERSON AND ESTATE OF SUSAN HILLYGUS, A PROTECTED PERSON.



**FILED**

APR 1 6 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

No. 75151

ROGER HILLYGUS,

               Appellant,

vs.

KAYCEE ZUSMAN; AND ROBIN RENAE RENWICK,

               Respondents.

## ORDER DISMISSING APPEALS

These are pro se appeals from a district court order entered in two separate district court cases holding appellant in contempt. Second Judicial District Court, Family Court Division, Washoe County; Frances Doherty, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Appellant challenges an order entered after an

evidentiary hearing on an order to show cause why he should not be held in contempt for failure to comply with a prior order directing him to pay money to the Trustee. No statute or court rule provides for an appeal from an order that solely concerns contempt. *See Pengilly v. Rancho Santa Fe Homeowners Ass'n,* 116 Nev. 646, 649, 5 P.3d 569, 571 (2000) (recognizing that a contempt order entered in an ancillary proceeding is not appealable).

We conclude that we lack jurisdiction and we

ORDER these appeals DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Parraguirre

_____ Stiglich , J.
Stiglich

cc: Hon. Frances Doherty, District Judge, Family Court Division
Roger Hillygus
Todd L. Torvinen
Washoe District Court Clerk

